United States District Court
Southern District of Texas
**ENTERED**
September 18, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN SCHLACTER, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:25-cv-01223 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| US BANK TRUST NATIONAL ASSOCIATION and SELENE FINANCE, LP, | § | |
| Defendants. | § | |

## ORDER

Two motions are pending.

1. Motion to withdraw

The motion by John G. Helstowski to withdraw as attorney for Plaintiff John Schlacter is DENIED. Dkt 6.

Counsel may not freely withdraw from a representation but instead must have "leave of court and a showing of good cause and reasonable notice to the client." *Matter of Wynn*, 889 F2d 644, 646 (5th Cir 1989). A court must determine "that the prosecution of the lawsuit is not disrupted by the withdrawal of counsel." *Broughten v Voss*, 634 F2d 880, 882 (5th Cir 1981).

Helstowski instituted this action on behalf of Plaintiff. Withdrawal would leave Plaintiff unrepresented and plainly disrupt the progress of this litigation. Helstowski will instead be responsible for this action unless and until replacement counsel makes an appearance.

### 2. Motion for sanctions

The motion by Defendants US Bank Trust National Association and Selene Finance, LP, for sanctions is GRANTED. Dkt 7.

Rule 17(f) of this Court's procedures required Plaintiff to file a response to this motion within twenty-one calendar days. He failed to do so. See Dkt 12 (responding more than one month after motion filed). As such, the motion is treated as unopposed under Southern District of Texas Local Rule 7.4.

It is noted that the motion states, "Plaintiff's causes of action have no legal or factual evidentiary support, and because the facts are easily verifiable with proof of funds and/or documentary evidence of a wire transfer, it is abundantly clear that Plaintiff's counsel did nothing to investigate Plaintiff's claims before filing suit." Notably, the motion attaches all of the evidence necessary to establish these points about the unsubstantiated nature of this action. And also notably, even if considered, the response attaches no evidence by way of either document or declaration. Dkt 12. It is also noted there that Plaintiff himself has refused to cooperate with his own counsel in providing evidence to rebut the motion. Id at 3.

This action will be dismissed. But the other relief requested in the motion for sanctions is determined to be inappropriate. See Dkt 7 at 7–8. In particular, the Court sees no reason to award fees, at this point, against Plaintiff's counsel.

### 3. Dismissal

The claims in this action are DISMISSED WITH PREJUDICE.

A FINAL JUDGMENT will enter by a separate order.

The later motion by Defendants to compel responses to discovery is also DENIED AS MOOT. Dkt 11.

SO ORDERED.

Signed on September 18, 2025, at Houston, Texas.

*CREskridge*

Hon Charles Eskridge
United States District Judge